UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CV-23172-DPG

JOYCE STONE,

    Plaintiff,
vs.

SUN LIFE ASSURANCE
COMPANY OF CANADA,

    Defendant.
_____)

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Joyce Stone, and Defendant, Sun Life Assurance Company of Canada, by and through their undersigned counsel, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

Date: October 6, 2021

| By: */s/ Alexander A. Palamara* | By: */s/ Marie Tomassi* |
|---|---|
| ALEXANDER A. PALAMARA, ESQ. | MARIE TOMASSI, ESQ. |
| Fla. Bar No. 0037170 | Fla. Bar No. 772062 |
| Attorneys Dell & Schaefer, Chartered | Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2404 Hollywood Blvd. | 200 Central Avenue, Suite 1600 |
| Hollywood, FL 33020 | St. Petersburg, FL 33701 |
| Phone: (954) 620-8300 | Phone: (727)820-3952 |
| Fax: (954) 922-6864 | Fax: (727) 820-3972 |
| Email: Alex@diattorney.com | Email: MTomassi@trenam.com |